# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| LOS ANGELES WATERKEEPER, | CV 24-3445-GW-SSCx |
| PLAINTIFF(S) | |
| v. | |
| ARCADIA PRODUCTS, LLC, | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

April 29, 2024
Date

*[signature: George H. Wu]*
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Fernando L. Aenlle-Rocha   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   FLA   after the case number in place of the initials of the prior judge so that the case number will read  2:24-cv-03445-FLA (SSCx) This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (06/23)                    ORDER RETURNING CASE FOR REASSIGNMENT