| | |
|---|---|
| 1 | **EDGCOMB LAW GROUP, LLP** |
| 2 | TIFFANY R. HEDGPETH (SBN 175134) |
| | thedgpeth@edgcomb-law.com |
| 3 | 355 S. Grand Ave., Ste. 2450, #2049 |
| | Los Angeles, CA  90071-9500 |
| 4 | Telephone: (818) 861-7618 |
| 5 | |
| 6 | *Counsel for Defendant* |
| | *Arcadia Products, LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation, | Case No.: 2:24-cv-03445-FLA-SSC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| ARCADIA PRODUCTS, LLC, a Colorado corporation, | Complaint served: May 3, 2024 |
| Defendant. | Current response date: July 2, 2024 |
| | New response date: August 1, 2024 |

1   Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") and Defendant Arcadia Products, LLC ("Arcadia") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for Arcadia to respond to LA Waterkeeper's Complaint (Dkt. 1) as follows:

1. On May 3, 2024, LA Waterkeeper provided the Complaint to counsel for Arcadia via electronic mail and requested that Arcadia waive service. On May 29, 2024, Arcadia executed a Waiver of Service of Summons. Given LA Waterkeeper requested waiver of service on May 3, 2024, Arcadia is required to respond to the Complaint by July 2, 2024.

2. The Parties are engaged in good-faith settlement discussions and have agreed to extend Arcadia's deadline to respond to the Complaint by thirty (30) days. Pursuant to the Parties' agreement, Arcadia shall respond to the Complaint by August 1, 2024, unless otherwise agreed to by the Parties or approved by the Court.

IT IS SO STIPULATED.

Dated: June 25, 2024            **EDGCOMB LAW GROUP, LLP**


                                /s/ Tiffany R. Hedgpeth
                                Tiffany R. Hedgpeth
                                Attorney for Defendant
                                ARCADIA PRODUCTS, LLC


Date: June 25, 2024             **LAW OFFICE OF WILLIAM CARLON**


                                /s/ William N. Carlon
                                William Nazar Carlon
                                Attorney for Plaintiff
                                LOS ANGELES WATERKEEPER

///

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

The undersigned attests pursuant to Local Rule 5-4.3.4 that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: June 25, 2024         **EDGCOMB LAW GROUP, LLP**

/s/ Tiffany R. Hedgpeth
Tiffany R. Hedgpeth
Attorney for Defendant
ARCADIA PRODUCTS, LLC