| | |
|---|---|
| 1 | **EDGCOMB LAW GROUP, LLP** |
| 2 | TIFFANY R. HEDGPETH (SBN 175134) |
|  | thedgpeth@edgcomb-law.com |
| 3 | 355 S. Grand Ave., Ste. 2450, #2049 |
|  | Los Angeles, CA  90071-9500 |
| 4 | Telephone: (818) 861-7618 |

*Counsel for Defendant*
*Arcadia Products, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation, | Case No.: 2:24-cv-03445-FLA-SSC |
| Plaintiff, | **ARCADIA PRODUCTS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |
| v. | |
| ARCADIA PRODUCTS, LLC, a Colorado corporation, | |
| Defendant. | |
| | Complaint filed:    April 26, 2024 |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Arcadia Products, LLC ("Arcadia") certifies that Arcadia is owned by DMC Global Inc. ("DMC"); DMC Korea, Inc.; and New Arcadia Holdings, Inc. DMC is a publicly traded company that owns 10% or more of Arcadia's stock. DMC's shares are traded on the NASDAQ stock exchange (ticker symbol: BOOM). Arcadia further states that the entity Arcadia Products, LLC previously operated as Arcadia Inc. before the entity was converted and moved to the State of Colorado.

Pursuant to Local Rule 7.1-1 of the Local Civil Rules of the United States District Court for the Central District of California, the undersigned counsel of record for Arcadia certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The list of names of all such parties, including their connection and interest, is provided below:

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Arcadia Products, LLC | Defendant |
| Arcadia Inc. | Name of Defendant's prior entity |
| DMC Global Inc. | 60% owner of Defendant (59% direct interest; 1% indirect interest through DMC Korea, Inc.) |
| DMC Korea, Inc. | 1% owner of Defendant; wholly-owned by DMC Global Inc. |
| New Arcadia Holdings, Inc. | 40% owner of Defendant |
| LA Waterkeeper | Plaintiff |

///

Dated: June 25, 2024

Respectfully submitted,

 /s/ Tiffany R. Hedgpeth
Tiffany R. Hedgpeth
**EDGCOMB LAW GROUP, LLP**

Attorney for Defendant
ARCADIA PRODUCTS, LLC