UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ARCADIA PRODUCTS, LLC,<br><br>　　　　　Defendant. | Case No. 2:24-cv-03445-FLA (SSCx)<br><br>**ORDER APPROVING JOINT REQUEST AND STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT DISCUSSIONS [DKT. 11]** |

1

      Plaintiff Los Angeles Waterkeeper and Defendant Arcadia Products, LLC ("Arcadia") filed a Joint Request and Stipulation to Extend the Time to Respond to the Complaint by 30 Days to Continue Settlement Discussions ("Joint Request") on July 29, 2024.

      The court, having considered the Joint Request and finding good cause therefor, hereby ORDERS that Arcadia shall have until September 3, 2024, to respond to the Complaint.

      IT IS SO ORDERED.

Dated: July 31, 2024

                                           FERNANDO L. AENLLE-ROCHA
                                           United States District Judge