**EDGCOMB LAW GROUP, LLP**
TIFFANY R. HEDGPETH (SBN 175134)
thedgpeth@edgcomb-law.com
355 S. Grand Ave., Ste. 2450, #2049
Los Angeles, CA  90071-9500
Telephone: (818) 861-7618

*Counsel for Defendant*
*Arcadia Products, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIA PRODUCTS, LLC, a Colorado corporation,<br><br>Defendant. | Case No.: 2:24-cv-03445-FLA-SSC<br><br>**JOINT REQUEST AND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT DISCUSSIONS**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Complaint filed: April 26, 2024<br>Complaint served: May 3, 2024<br>Current response date: September 3, 2024<br>[Proposed] New response date: October 3, 2024 |

Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") and Defendant Arcadia Products, LLC ("Arcadia") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for Arcadia to respond to LA Waterkeeper's Complaint (Dkt. 1) and request that the Court extend Arcadia's deadline to respond to the Complaint to October 3, 2024. In support of this Joint Request, the Parties state as follows:

1. On May 3, 2024, LA Waterkeeper provided the Complaint to counsel for Arcadia via electronic mail and requested that Arcadia waive service. On May 29, 2024, Arcadia executed a Waiver of Service of Summons. Given LA Waterkeeper requested waiver of service on May 3, 2024, Arcadia's deadline to respond to the Complaint was July 2, 2024.

2. The Parties agreed to two previous extensions of Arcadia's deadline to answer because they have been engaged in good-faith settlement negotiations. First, on June 25, 2024, the Parties agreed to extend the time by which Arcadia had to respond to the Complaint by thirty (30) days pursuant to Local Rule 8-3 (Dkt. 9). Second, on July 29, 2024, the Parties filed a Joint Request and Stipulation to Extend Time to Respond to the Complaint by 30 Days to Continue Settlement Discussions (Dkt. 11), which the Court granted by order dated July 31, 2024 (Dkt. 12). Pursuant to the Court's order, Arcadia currently must respond to the Complaint by September 3, 2024.

3. The Parties are continuing their efforts to resolve LA Waterkeeper's claims short of litigation. The Parties have exchanged drafts of a proposed consent decree. Counsel for the Parties met on August 22, 2024, and August 27, 2024, to discuss the proposed consent decree.

4. The Parties seek to continue focusing on settlement and believe that the filing of a responsive pleading is not warranted at this time. Thus, to conserve the Parties' and the Court's resources, the Parties request that the Court extend the

deadline by which Arcadia must respond to the Complaint by thirty (30) days, from September 3, 2024, to October 3, 2024.

5. Pre-trial and trial dates have not yet been set.

6. A [Proposed] Order Granting the Parties' Joint Request and Stipulation to Extend Time to Respond to Complaint by 30 Days to Continue Settlement Discussions is being filed concurrently herewith.

IT IS SO STIPULATED.

Dated: September 3, 2024        **EDGCOMB LAW GROUP, LLP**


    /s/ Tiffany R. Hedgpeth
Tiffany R. Hedgpeth
Attorney for Defendant
ARCADIA PRODUCTS, LLC

Date: September 3, 2024        **LAW OFFICE OF WILLIAM CARLON**


    /s/ William Nazar Carlon
William Nazar Carlon
Attorney for Plaintiff
LOS ANGELES WATERKEEPER

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4, the undersigned attests that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: September 3, 2024         **EDGCOMB LAW GROUP, LLP**


        /s/ Tiffany R. Hedgpeth
Tiffany R. Hedgpeth
Attorney for Defendant
ARCADIA PRODUCTS, LLC