1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCADIA PRODUCTS, LLC, a Colorado corporation,<br><br>Defendant. | Case No.: 2:24-cv-03445-FLA-SSC<br><br>**[PROPOSED] ORDER APPROVING JOINT REQUEST AND STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT BY 30 DAYS TO CONTINUE SETTLEMENT DISCUSSIONS**<br><br>Complaint filed: April 26, 2024<br>Complaint served: May 3, 2024<br>Current response date: September 3, 2024<br>[Proposed] New response date: October 3, 2024 |

1    Plaintiff Los Angeles Waterkeeper and Defendant Arcadia Products, LLC ("Arcadia") filed a Joint Request and Stipulation to Extend Time to Respond to the Complaint by 30 Days to Continue Settlement Discussions ("Joint Request") on September 3, 2024.

The Court, having considered the Joint Request and finding good cause therefor, hereby ORDERS that Arcadia shall have until October 3, 2024, to respond to the Complaint.

IT IS SO ORDERED.

DATED: _____

FERNANDO L. AENLLE-ROCHA
United Stated District Court Judge