UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LOS ANGELES WATERKEEPER, | Case No.: 2:24-cv-03445-FLA (SSCx) |
|---|---|
| Plaintiff, | **ORDER APPROVING IN PART JOINT REQUEST AND STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT [DKT. 13]** |
| v. | |
| ARCADIA PRODUCTS, LLC, | |
| Defendant. | |

Plaintiff Los Angeles Waterkeeper and Defendant Arcadia Products, LLC ("Arcadia") filed a Joint Request and Stipulation to Extend Time to Respond to the Complaint by 30 Days to Continue Settlement Discussions ("Joint Request") on September 3, 2024. Dkt. 13.

The court, having considered the Joint Request and finding good cause therefor, hereby ORDERS that Arcadia shall have until September 23, 2024, to respond to the Complaint. No more extensions shall be granted.

IT IS SO ORDERED.

Dated: September 4, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge